**PANDUIT CORP., Plaintiff–Appellee,**

v.

**BAND–IT–IDEX, INC., Defendant–Appellant.**

No. 00–1492.

United States Court of Appeals,
Federal Circuit.

DECIDED: Nov. 20, 2001.

Before GAJARSA, Circuit Judge,
ARCHER, Senior Circuit Judge, and
LINN, Circuit Judge.

*Judgment*

PER CURIAM.

*This CAUSE having been heard and considered, it is ORDERED and AD-JUDGED*

AFFIRMED. *See* Fed. Cir. R.36.